■ In the Matter of PETER WEST, Respondent, v. JOHN P. McNELIS et al., Constituting the Board of Appeals of the City of Niagara Falls, et al., Appellants.— Order unanimously affirmed, with costs. Memorandum: The determination of the Board of Appeals was arbitrary and capricious and not supported by any substantial evidence. (Appeal from order of Niagara Special Term in a proceeding pursuant to article 78, CPLR, setting aside the determination of the Board of Appeals.) Present — Williams, P. J., Goldman, Henry, Del Vecchio and Marsh, JJ.